# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of New York | U.S. District Court, Eastern District Court |

Index Number: 1:23-CV-04260-DG-RML
Date Filed: 6/20/2023

**Plaintiff:**
JEST HOLDINGS, LLC

vs.

**Defendant:**
IRA RUSSACK, ET AL

For:
12342
ARTHUR H. LANG, ATTORNEY
918 EAST KENNEDY BLVD.
LAKEWOOD, NJ 08701

Received by ELITE LEGAL SERVICES OF NY INC. to be served on **JOSEPH HARRISON, ESQ., 251 TROY AVENUE, BROOKLYN, NY 11213.**

I, SAMUEL BERK, being duly sworn, depose and say that on the **21st day of June, 2023 at 1:16 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** with RIVKA "DOE", WHO DID NOT GIVE LAST NAME & WHO ACCEPTED ON BEHALF OF JOSEPH HARRISON at 251 TROY AVENUE, BROOKLYN, NY 11213, the said premises being the respondent's place of Work within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** in a postpaid envelope addressed to: **JOSEPH HARRISON, ESQ.** at the address of **251 TROY AVENUE, BROOKLYN, NY 11213** and bearing the words "Personal & Confidential" by First Class Mail on **6/22/2023** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Upon the information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

**Description of Person Served:** Age: 30, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 150, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23rd day of June, 2023 by the affiant who is personally known to me.

SAMUEL BERK
2036460

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2023002260

CORISSA MARTINEZ
COMMISIONER OF DEEDS
CITY OF NEW YORK - No. 3-7441
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES AUGUST 1, 2024

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

