# **AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| State of New York | County of New York | U.S. District Court, Eastern District Court |

Index Number: 1:23-CV-04260-DG-RML
Date Filed: 6/20/2023

Plaintiff:
**JEST HOLDINGS, LLC**

vs.

Defendant:
**IRA RUSSACK, ET AL**

For:
12342
ARTHUR H. LANG, ATTORNEY
918 EAST KENNEDY BLVD.
LAKEWOOD, NJ 08701

Received by ELITE LEGAL SERVICES OF NY INC. to be served on HSK LAW GROUP, LLC C/O JOSEPH HARRISON, ESQ., 251 TROY AVENUE, BROOKLYN, NY 11213.

I, SAMUEL BERK, being duly sworn, depose and say that on the 21st day of June, 2023 at 1:16 pm, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **RIVKA "DOE", WHO DID NOT GIVE LAST NAME, AUTHORIZED TO ACCEPT ON BEHALF OF JOSEPH HARRISON** as **SECRETARY** for **HSK LAW GROUP, LLC C/O JOSEPH HARRISON, ESQ.**, at the address of: **251 TROY AVENUE, BROOKLYN, NY 11213**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 150, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23rd day of June, 2023 by the affiant who is personally known to me.

SAMUEL BERK
2036460

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2023002261

CORISSA MARTINEZ
COMMISIONER OF DEEDS
CITY OF NEW YORK - No. 3-7441
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES AUGUST 1, 2024

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

