## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of New York | U.S. District Court, Eastern District Court |

Index Number: 1:23-CV-04260-DG-RML
Date Filed: 6/20/2023

Plaintiff:
**JEST HOLDINGS, LLC**

vs.

Defendant:
**IRA RUSSACK, ET AL**

For:
12342
ARTHUR H. LANG, ATTORNEY
918 EAST KENNEDY BLVD.
LAKEWOOD, NJ 08701

Received by ELITE LEGAL SERVICES OF NY INC. to be served on OCEAN WOODRUFF CORP & HENRY WEINSTEIN, 37 MAPLE AVENUE, CEDARHURST, NY 11516.

I, SAMUEL BERK, being duly sworn, depose and say that on the **11th day of July, 2023 at 8:15 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION with MR. WEINSTEIN, SON, AUTHORIZED TO ACCEPT at 37 MAPLE AVENUE, CEDARHURST, NY 11516, the said premises being the respondent's place of Abode within the State of New York. Deponent completed service by mailing a true copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION in a postpaid envelope addressed to: OCEAN WOODRUFF CORP & HENRY WEINSTEIN at the address of 37 MAPLE AVENUE, CEDARHURST, NY 11516 and bearing the words "Personal & Confidential" by First Class Mail on 7/11/2023 and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Upon the information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: WHITE, Height: 5'9", Weight: 165, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

SAMUEL BERK
2036460

Subscribed and Sworn to before me on the 12th day of July, 2023 by the affiant who is personally known to me.

CORISSA MARTINEZ
COMMISSIONER OF DEEDS
City of New York - No. 3-7441
Certificate filed in Bronx County
Commission Expires August 1, 2024

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2023002370