```
ARTHUR H. LANG
918 East Kennedy Blvd.
Lakewood, NJ 08701
(732) 609-5530
NY Att. Reg. No. 5105408
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------  )
                                          )  Case No: 1:23-
JEST HOLDINGS, LLC.                       )  cv-04260-DG-)RML
                  Plaintiff               )
        v.                                )
                                          ) PROOF OF SERVICE
IRA RUSSACK, HENRY WEINSTEIN, OCEAN
WOODRUFF DEVELOPMENT CORP., JOSEPH
HARRISON, ESQ., and HSK LAW GROUP,
LLC., 5901 WEST AVE PROPERTIES LLC.

                  Defendants
----------------------------------------

By signing below, I certify to the best of my knowledge, information, and belief as follows:

I served summons and complaint in the above captioned matter to Ira Russack in his personal capacity and on behalf of Ocean Woodruff Development Corp., by way of email at irarussack@gmail.com and irarussack42@gmail.com pursuant to the order of this Court "granting [14] Motion for Leave to File. Plaintiff is permitted to serve defendant Russack via email. Ordered by Magistrate Judge Robert M. Levy on 7/18/2023. (AM)"

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2023

                                              s/*Arthur H. Lang*

                                              Arthur H. Lang
                                              Attorney for Plaintiff
                                              NY Att. Reg. No. 5105408
                                              918 East Kennedy Blvd.
                                              Lakewood, NJ 08701
                                              732-609-5530
                                              lakewoodlaw@gmail.com

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-04260-DG-RML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ira Russack
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served Ira Russack on behalf of himself and on behalf of Ocean Woodruff Corporation
   I served Russack via email at irarussack@gmail.com irarussack@gmail.com and irarussack42@gmail.com
   pursuant to "ORDER granting [14] Motion for Leave to File. Plaintiff is permitted to serve defendant
   Russack via  email.Ordered by Magistrate Judge Robert M. Levy on 7/18/2023. (AM)"

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 18, 2023

*Server's signature*

Arthur H. Lang, Attorney at Law
*Printed name and title*
Arthur H. Lang
Attorney at Law
918 East Kennedy Blvd.
Lakewood, NJ 08701
*Server's address*

Additional information regarding attempted service, etc:

RACHEL L. LANG
Notary Public, State of New Jersey
Comm. # 50034584
My Commission Expires 3/16/2026

Print    Save As...    Reset

7/19/23, 10:20 AM                    Gmail - Fwd: Activity in Case 1:23-cv-04260-DG-RML Jest Holdings, LLC v. Russack et al Order on Motion for Leave to File

Case 1:23-cv-04260-RML   Document 16   Filed 07/19/23   Page 4 of 5 PageID #: 160

                                                      Arthur Lang &lt;lakewoodlaw@gmail.com&gt;

## Fwd: Activity in Case 1:23-cv-04260-DG-RML Jest Holdings, LLC v. Russack et al Order on Motion for Leave to File

1 message

**Arthur Lang** &lt;lakewoodlaw@gmail.com&gt;                                    Tue, Jul 18, 2023 at 11:43 AM
To: irarussack@gmail.com, irarussack42@gmail.com
Bcc: "Joe Teichman (JEST Holdings)" &lt;jteichman@jestholdings.com&gt;

July 18, 2023

Re: Jest Holdings, LLC. V. Ira Russack, et al. Case No: 1:23-cv-04260-DG-RML

Dear Mr. Russack,

    Please find the attached summons and complaint in the matter with Jest Holdings, LLC. I have also attached a summons and complaint for Ocean Woodruff Corp. pursuant to an ORDER granting [14] Motion for Leave to File. Plaintiff is permitted to serve defendant Russack via email. Ordered by Magistrate Judge Robert M. Levy on 7/18/2023. (AM) Please have your lawyer contact me as you are hereby served.

                                 s/*Arthur H. Lang*
                                 Attorney for Plaintiff
                                 NY Att. Reg. No. 5105408
                                 918 East Kennedy Blvd.
                                 Lakewood, NJ 08701
                                 732-609-5530
                                 lakewoodlaw@gmail.com

---------- Forwarded message ---------
From: &lt;ecf_bounces@nyed.uscourts.gov&gt;
Date: Tue, Jul 18, 2023 at 10:58 AM
Subject: Activity in Case 1:23-cv-04260-DG-RML Jest Holdings, LLC v. Russack et al Order on Motion for Leave to File
To: &lt;nobody@nyed.uscourts.gov&gt;

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

<div align="center">

U.S. District Court

**Eastern District of New York**

</div>

### Notice of Electronic Filing

The following transaction was entered on 7/18/2023 at 10:58 AM EDT and filed on 7/18/2023

7/19/23, 10:20 AM                                   Gmail - Fwd: Activity in Case 1:23-cv-04260-DG-RML Jest Holdings, LLC v. Russack et al Order on Motion for Leave to File

Case 1:23-cv-04260-RML Document 16 Filed 07/19/23 Page 5 of 5 PageID #: 161

**Case Name:** Jest Holdings, LLC v. Russack et al
**Case Number:** 1:23-cv-04260-DG-RML
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [14] Motion for Leave to File. Plaintiff is permitted to serve defendant Russack via email. Ordered by Magistrate Judge Robert M. Levy on 7/18/2023. (AM)**

**1:23-cv-04260-DG-RML Notice has been electronically mailed to:**

Arthur H. Lang    lakewoodlaw@gmail.com

**1:23-cv-04260-DG-RML Notice will not be electronically mailed to:**

---

4 attachments

**Summons Signed Ira Russack.pdf**
162K

**Complaint Packet (1).pdf**
5316K

**Summons SignedOcean Woodruff Corp..pdf**
162K

**Complaint Packet (1).pdf**
5316K