# EXHIBIT A



**IRA RUSSACK**
504 Broadway
New York, New York

·

October 16, 1985

Mr. Henry Weinstein
604 Pacitic Street
Brooklyn, New York 11217

     Re:  Ocean-Woodruff Development Corp.

Dear Mr. Weinstein:

This letter sets forth our understandings regarding our ownership of the outstanding stock of the above-mentioned corporation:

1.  We jointly caused Ocean-Woodruff Development Corp. (the "Corporation") to be formed under the laws of the State of New York.  Such Corporation was formed to acquire and hold title to the following parcels of real property and any buildings or improvements located thereon: 353 Ocean Avenue, Brooklyn, New York.  Title to such parcels of real property, as of this date, is held in the name of the Corporation.

2.  One hundred (100) shares of the Corporation are being issued on this date, fifty (50) shares to you and fifty (50) shares to me, in order to properly reflect that each of us owns one-half (1/2) of the outstanding stock of the Corporation and, therefore, we each beneficially own 50% of the Corporation's assets, subject to its liabilities.

3.  As we are each equal one-half (1/2) owners of the stock of the Corporation, and, as between us, we each were, are, and will continue to be responsible and required to contribute to the Corporation one-half (1/2) of the funds necessary to improve, operate, maintain and manage the property owned by the Corporation, and any other expenses incurred by the Corporation, unless sufficient income is generated from rental of the property owned by the Corporation.  However, our individual obligations in this Section 3 set forth are meant only to establish our liability to each other and are not intended to be for the benefit of any third party, and no creditor of the Corporation may rely

a18



EXHIBIT

RUSSACK 1

on our individual obligations here recited to collect from us obligations owed to such creditor by the Corporation.

4.  We are, simultaneously with the execution of this letter agreement, also entering into another agreement providing, among other things, for an accounting between us of all contributions required to be made by us to the Corporation as above provided.

5.  Neither of us shall be compensated for any services either of us has rendered in the past, or will render in the future, to the Corporation, including, without limitation, services rendered in connection with the acquisition, management, leasing, improvement, maintenance or sale of property owned by the Corporation.

6.  You have been elected a director and officer of the Corporation.  At the present time I am not serving as an officer or director of the Corporation.  However, at my election, and within 10 days of written notice of such election by me to you, you and I will vote all the shares of the Corporation owned by us to elect both you and me as the two directors of the Corporation, and as such directors you and I shall elect you as president and assistant secretary of the Corporation, and me as vice president and secretary of the Corporation.

7.  This Agreement may not be changed orally, may not be assigned and shall be construed in accordance with the laws of the State of New York.

If the foregoing properly reflects your understanding of the agreement between us, please sign this letter in the space provided, whereupon it shall constitute a binding agreement between us.

Very truly yours,

IRA RUSSACK

Agreed to and Accepted:

HENRY WEINSTEIN

2

a19