# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
JEST HOLDINGS, LLC,

                                    PLAINTIFF,

          -against-              Case No.:
                             1:23-cv-04260-DG-RML

IRA RUSSACK, HENRY WEINSTEIN, OCEAN
WOODRUFF DEVELOPMENT CORP., JOSEPH
HARRISON, ESQ., and HSK LAW GROUP, LLC.,
DEFENDANT WST AVE PROPERTIES LLC.

                                    DEFENDANTS.
---------------------------------------------X

               DATE: February 19, 2024
               TIME: 12:06  P.M.



          DEPOSITION of the Defendant,
HENRY WEINSTEIN, taken by the Plaintiff,
pursuant to a Court Order and to the
Federal Rules of Civil Procedure, before
Kim Draper, a Notary Public of the State of
New York.

Page 2

A P P E A R A N C E S:

ARTHUR H. LANG
   Attorney for the Plaintiff
   918 East Kennedy Boulevard
   Lakewood, New Jersey 08701


ABRAMS FENSTERMAN, LLP
   Attorneys for the Defendants
   IRA RUSSACK, JOSEPH HARRISON, ESQ., and
   HSK LAW GROUP
   One MetroTech Center, Suite 1701
   Brooklyn, New York 11201
   BY: JUSTIN T. KELTON, ESQ.


FRIEDMAN SANCHEZ, LLP
   Attorneys for the Defendants
   HENRY WEINSTEIN and OCEAN WOODRUFF
   DEVELOOPMENT CORP.
   16 Court Street, 26th Floor
   Brooklyn, New York  11241
   BY: ANDREW FRIEDMAN, ESQ.

            *          *          *

Page 6

H. WEINSTEIN

A.     My mother used to shop in his father's fruit store.

Q.     I am guessing that was a while back?

A.     A few years ago.

Q.     Have you heard of a company, Ocean Woodruff Development Corp?

A.     I have.

Q.     What is that?

A.     It is a company that owns a building, on Ocean Avenue and Parkside Avenue.

Q.     Do you know when Ocean Woodruff was formed?

A.     Around 1985.

Q.     Are you a shareholder in Ocean Woodruff?

A.     I am.

Q.     Have you been a shareholder continually since it was formed?

A.     Yes.

Q.     Have there been any other shareholders at Ocean Woodruff, at any time?

Page 7

H. WEINSTEIN

A.    Ira Russack, was formally a shareholder.

Q.    Was he the only other shareholder?

A.    Yes.

Q.    When Ocean Ocean Woodruff was formed, were you each 50 percent shareholders?

A.    Yes.

Q.    Did you continue to be 50 percent shareholders through, at least 2017?

A.    Yes.

Q.    Does Ocean Woodruff just own the one building, that you mentioned earlier?

A.    Yes.

Q.    Can you describe the buildings, generally?

A.    It is a condominium building that has, I think, 56 or 57 units.  We were the sponsor, Ocean Woodruff, was the sponsor.  I acted for the corporation, throughout the time between 1985 and 2024.

Page 31

H. WEINSTEIN

(Whereupon, Exhibit D, Letter, was marked as for identification as of this date by the Reporter.)

A.     Yes.

Q.     Have you ever seen this before?

A.     I must have, I must have, I don't recall.

Q.     Here, this paragraph that begins, initially.  I want you to just read it to yourself, and let me know if, as you sit here right now, if that's a correct statement of what you believe to be the facts.

A.     Yeah, basically it says that Ira pledged the shares to me, and he shouldn't have pledged them to somebody else.

Q.     How did he pledge them to you, was that the promissory note or some of other document?

A.     Ira and I have known each other for over 50 years, we never really sealed anything with legal agreements.  A lot of times it was verbal agreements and

H. WEINSTEIN

handshakes, and for him to say anything different, is not the truth.

Q.   Was there a verbal agreement or a handshake agreement, that was part of this pledge?

A.   Absolutely.

Q.   Okay.  What do you remember about that, can you tell me what you recall?

A.   Like I said, there were a number of transactions, five or six transactions.  I put in all together, about six million dollar, a little more than six million dollars, and I never got any shares or any participation, or my money back or any interest, if it was a loan.

Q.   Let me break it down, a little bit.  Was there an actual physical handshake, between you and Ira, that concerned this pledge?

A.   Absolutely, when he signed the $750,000 note, of course, he did it in my presence.

MR. FRIEDMAN:  Off the record.

Page 34

H. WEINSTEIN

Q.     Okay.   I'm gonna ask you to do that.   Are there any e-mails or other documents, between you and Ira, discussing your assertion that his shares were forfeited?

A.     I have to review to see, but he himself knows, because he hasn't participated in the company, since at least 2015.

Q.     Are there any documents, as far as you're aware effectuating any transfer of shares, or titles to any shares from Ira to you?

A.     No, a lot of our agreements have been, because we know each other so many years.   Our families knew each other.
Like I said, my mother used to shop and in his father's fruit store. There are not a lot of a written agreements between Ira and I, but we had a relationship that went above written agreements.

Q.     On the letter, that we have on the screen, do you see where it says that

Page 39

H. WEINSTEIN

Woodruff or other entities?

A.    No, not Ocean Woodruff.

Q.    Has Ocean Woodruff ever owned anything, other than 353 Ocean Avenue?

A.    No.

MR. KELTON:  Subject to the reservation of rights to take up the issues that came up during this deposition with the court, and subject to follow up on the outstanding discovery items, I don't have any further questions for the witness today, thank you.

EXAMINATION BY

MR. LANG:

Q.    Just a basic question.  I know Justin has told me about the rent, you know, being subsidiaries or whatever, would you be able to explain that for me?

A.    I don't know what you are talking about.

Q.    That the properties not turning over a profit because you are not allowed raise the rent, rent stabilization?

Page 41

H. WEINSTEIN

Q.      How many condominium units, does the company own?

A.      I think that it is either 12 or 13.

Q.      It is a residential building?

A.      Yes.

Q.      Do you know if they are all occupied?

A.      Currently they are, yes.

Q.      Do you use a management company or anything like that, or do you manage yourself?

A.      I manage it myself.

Q.      Do you maintain a rent role for the property?

A.      Yes.

Q.      Is there any debts on the units that you own?

A.      No, not at the moment, but I was the one that paid off the one and a half million dollar loan that was formally on the property, back in 2017 or 2018. Around the time that this whole thing was taking place.  I decided that I wanted the

Page 43

H. WEINSTEIN

MR. KELTON:  Subject to my earlier reservations, nothing further.

EXAMINATION BY

MR. LANG:

Q.    If you paid off the mortgage, if you paid off the million and a half, does that mean you have an extra $750,000, in other words, do you have an encumbrance on the property for paying off that mortgage?

A.    I do not think that I took it by assignment.  I think that we satisfied it.  I should have a credit for whatever paid off, I should have a credit, of course.

It is one of the reasons that I am sending Ira his K-1s, so that he can at least claim the tax benefits from the property.  If there was no income, there were tax benefits to get from the property.

Q.    If you have them, can you send out any of those documents, its seems to me that this whole argument between you and