# EXHIBIT D

Joseph Harrison, Esq.
HSK Law Group, LLC
251 Troy Ave
Brooklyn, NY 11213
203-444-3551
JosephHarrisonEsq@gmail.com

March 17, 2020

Jest Holdings LLC
1120 Lexington Avenue
Lakewood, NJ 08701

Re:    Assignment of Shares – Ocean Woodruff Development Corp.
        Ira Russack ("Assignor") to Jest Holdings LLC ("Assignee")

To Whom It May Concern:

I have acted as counsel to Ira Russack in connection with the above referenced assignment of fifty (50%) percent of the outstanding shares (the "Interest") in Ocean Woodruff Development Corp. (the "Company") to the Assignee.

In this capacity, I have examined documents provided to me by the Assignor and I have made certain other inquiries with respect to Borrower and Guarantor and the Loan as I have deemed necessary or appropriate for the purposes of this opinion:

Based on the foregoing, and subject to the qualifications and exceptions herein contained, I am of the opinion that:

(1)    The Company is a corporation duly organized under the laws of the State of New York.
(2)    The Company is the sole owner of that certain real property located Block 5054, Lots 1001, 1015, 1020, 1023, 1027, 1031, 1033, 1041, 1045, 1046, 1048, & 1054, Kings County, New York (located at 353 Ocean Avenue, Brooklyn, New York).
(3)    Pursuant to the documents examined, Assignor is the sole owner of fifty (50%) of the shares in the Company.
(4)    Pursuant to the documents examined and the law of the State of New York, Assignor has the full power and authority to assign the Interest to the Assignee subject to the interpretation of paragraph 7 of the October 16, 1985 agreement.
(5)    I have examined the Assignment of Shares, Membership Sale Agreement, Confession of Judgment, and Declaration of Restriction (the "Transaction Documents") and the Transaction Documents, as executed by Ira Russack, are in my opinion enforceable in the State of New York.

This opinion is made for the benefit of and can be relied on by the addressees hereof, their successors and/or assigns in connection with the Assignment; however, you are recommended to obtain your own counsel as well.

Very truly yours,

Joseph Harrison, Esq.

a33